Laura C Pickens
Full name(s)

2250 7th ave
Street address or postal box number

terre Haute IN 47803
City, State and zip code

317-370-3154
Phone Number

FILED
U.S. DISTRICT COURT
TERRE HAUTE DIVISION
2015 MAY 26 AM 8:46
SOUTHERN DISTRICT
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. _____
(To be supplied by the Court)

2:15-cv-149 LJM-MJD

Laura Pickens
2250 7th ave terre Haute Indiana 47803 Plaintiff(s)X
Full name(s) (Do not use *et al.*)

v.

Union Hosiptal
1606 N. 7th street
Terre Haute, Indiana 47804 Defendant(s).
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Laura Pickens, am a citizen of Indiana
   (Plaintiff name(s))                        (State)

and presently reside at 2250 7th Ave, Terre Haute, Ind 47803
                        (mailing address)

2. Defendant __Union Hospital__ is a citizen of __Indiana__
   (name of first defendant)                       (State)

whose address is __1606 N. 7th St. terre Haute IN 47804__

3. Defendant __James Turner MD__ is a citizen of __Indiana__
   (name of second defendant)                     (State)
   __Collin Kenny MD__ at Union ER
whose address is __1606 N. 7th St terre Haute IN 47804__

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

**B. JURISDICTION**

1. This cause of action is brought pursuant to __medical malpractice, resulting of my Twin Fetus's death.__

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case.

On march 6th 2015 went to IU Health in Avon, IN for my appt. and the Heartbeats was 102, 105 Bpm and went to Union ER on march 7th 2015 for Not feeling good the Doctor told me and my mom it was morning sickness and was sent me home Next day I miscarrige and went to the ER by 911 and the ER doctor was looking at the twins in the bowl we brought in and he put them in a pee cup with a baggie and told us take them home put them in the freezer So that's what we did and it took us almost two months to get a fetus death cert. and I got everything on Record

2

# D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** Medical Malpatrice that lead to wrongful death of my unborn twins.

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Medical Records explain it all, Amber and peggy from Roselawn Furneal home got the fetus death cert. (Permit) to get them cremated. took them almost two weeks to get the fetus death cert

**Claim II:** Stress and pain and suffering, and my depression getten worst, half to go all threw everything (My Babies) My Babies)

**Supporting Facts:**

the Doctor who I see for my depressison got me on a lot of depession medicans.

3

**Claim III**: emointion distress

**Supporting Facts**:
Same thing as claim 1 & 2. Plus I just want someone to hear my case for what union did to me my family and speacil my twins.

### E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? ___Yes ✓ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional

4

lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

a. Parties to previous lawsuit:

Plaintiff(s): Laura Cheyenne Pickint

Defendant(s): Union Hospital

b. Name and location of court and docket number _____

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
_____

d. Issues raised: _____

e. Approximate date of filing lawsuit: _____

f. Approximate date of disposition: _____

## F. REQUEST FOR RELIEF

I request the following relief:

emoitional distress.
pain and suffering
and didnt tell me on March 7, 2015
that my babies was in a threatin mode,
wrongful dinoise.

X Laura Pickin

_____      **Plaintiff's Original Signature**
Original signature of attorney (if any)

5

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at _____ on _____.
     (location)      (date)

*Laura Pickens*
**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the defendant(s).  __X__ Yes  _____ No

Plaintiff demands a trial by jury.  __?__ Yes  __?__ No

let the Judge decide that please and thank you