UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| LAURA PICKENS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. 2:15-cv-00149-LJM-MJD |
|  | ) |  |
| UNION HOSPITAL, JAMES TURNER, KENNY COLLIN, | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

For the reasons detailed in the accompanying Order, the Court now enters FINAL JUDGMENT. The action is dismissed without prejudice for lack of jurisdiction.

Date:  07/09/2015

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Laura Pickens
2250 7Th Ave.
Terre Haute, IN 47803